cal\_\_\_\_\_

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 06cr2394 JM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING |
| CHARL KENNETH BANDS, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for Friday, September 14, 2007 is continued to Friday, **November 1, 2007 at 9:00 a.m.**

IT IS SO ORDERED.

DATED: September 13, 2007

Hon. Jeffrey T. Miller
United States District Judge